# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Stephanie Gordon, | Case No. 2:18-cv-00838-JAD-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| State of Nevada Department of Business and Industry, et al., | |
| Defendants. | |

The United States Postal Service was unable to deliver a recent filing of this Court to Plaintiff. (*See* ECF No. 7.) Thus, it appears that plaintiff is no longer at the address on file with the court. Under Local Rule IA 3-1,

> An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

Plaintiff must file a notice with her current address by January 18, 2021. Failure to comply with this order will result in an additional recommendation to the district judge that this case be dismissed.[1]

IT IS SO ORDERED.

DATED: December 29, 2020.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

---

[1] This Court has already recommended to the district judge that this matter be dismissed without prejudice because of plaintiff's failure to file an amended complaint within the Court's deadline. ECF No. 6. That recommendation remains pending before the district judge.